# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-97-GF-BMM |
| Plaintiff, | |
| vs. | |
| | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| BRANDON WAYNE GLOVER, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 6, 2019. (Doc. 44.) Defendant Brandon Wayne Glover waived his right to object to Judge Johnston's Findings and Recommendations. *Id*. at 3-4. The Government did not file an objection. The Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 5, 2019. (Doc. 40.) The United States accused Glover of violating his conditions of supervised release by: (1) using methamphetamine, (2) having access to dangerous weapons, and (3) knowingly interacting with a person convicted of felony without first obtaining the

approval of his probation officer. (Doc. 44 at 2.) Judge Johnston granted the Government's motion to dismiss violation number two. *Id*. at 2. Glover admitted to violation numbers one and three. *Id*.

Judge Johnston recommended that the Court revoke Glover's supervised release. *Id*. at 3. Judge Johnston recommended that Glover should serve a term of custody of six months followed by fifty-four months of supervised release. *Id*.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Glover's violations represent a serious breach of the Court's trust. A custodial sentence of six months, with fifty-four months of supervised release to follow, is a sufficient, but not greater than necessary sentence.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 44) is ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendant Brandon Wayne Glover is sentenced to a term of custody of six months followed by fifty-four months of supervised release.

DATED this 6th day of June, 2019.

Brian Morris
United States District Court Judge