# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 13-97-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER**<br>**AMENDING JUDGMENT** |
| BRANDON WAYNE GLOVER, | |
| Defendant. | |

Defendant Brandon Wayne Glover having filed an Unopposed Motion to Amend the Judgment, there being no objection from the Government and good cause appearing;

IT IS HEREBY ORDERED that the Judgment (Doc. 61) shall be amended to read as follows: It is the recommendation of the Court that the Defendant serve his sentence at FCI SEATAC, in Seattle, Washington.

DATED this17th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1