# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON WAYNE GLOVER,<br><br>Defendant. | CR 13-97-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Brandon Wayne Glover (Glover) has been accused of violating the conditions of his supervised release. Glover admitted alleged violations 1-5 and violations 7 and 8. Glover denied alleged violations 6, 9, 10 and 11. The Court dismissed alleged violations 6, 9, 10 and 11 on the government's motion. Glover's supervised release should be revoked. Glover should be placed in custody for 10 months, with no supervised release to follow.

## II. Status

Glover pleaded guilty to Possession with Intent to Distribute Methamphetamine on January 9, 2014. (Doc. 20). The Court sentenced Glover to 80 months of custody, followed by 5 years of supervised release. (Doc. 32).

Glover's current term of supervised release began on July 31, 2020. (Doc. 77 at 2).

**Petition**

The United States Probation Office filed an Amended Petition requesting that the Court revoke Glover's supervised release on January 5, 2021. (Doc. 79). The Amended Petition alleged that Glover had violated the conditions of his supervised release: 1) by consuming alcohol; 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; 4) by failing to report for mental health treatment; 5) by using methamphetamine on two separate occasions; 6) by possessing methamphetamine; 7) by failing to notify his probation officer of a change in residence; 8) by committing another crime; 9) by possessing methamphetamine, oxycodone and marijuana; and 10) by possessing a firearm.

**Initial appearance**

Glover appeared before the undersigned for his initial appearance on January 5, 2021. Glover was represented by counsel. Glover stated that he had read the petition and that he understood the allegations. Glover waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on January 5, 2021. Glover admitted that he had violated the conditions of his supervised release: 1) by consuming alcohol; 2) by failing to report for substance abuse testing; 3) by failing to report for substance abuse treatment; 4) by failing to report for mental health treatment; 5) by using methamphetamine on two separate occasions; and 6) by failing to notify his probation officer of a change in residence. The Court dismissed alleged violations 6, 9, 10 and 11 on the government's motion. The violations that Glover admitted are serious and warrant revocation of Glover's supervised release.

Glover's violations are Grade C violations. Glover's criminal history category is IV. Glover's underlying offense is a Class B felony. Glover could be incarcerated for up to 36 months. He could be ordered to remain on supervised release for up to 40 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 6 to 12 months.

### III. Analysis

Glover's supervised release should be revoked. Glover should be incarcerated for 10 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

3

## IV. Conclusion

The Court informed Glover that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Glover of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Glover that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Brandon Wayne Glover violated the conditions of his supervised release: by consuming alcohol; by failing to report for substance abuse testing; by failing to report for substance abuse treatment; by failing to report for mental health treatment; by using methamphetamine on two separate occasions; and by failing to notify his probation officer of a change in residence.

The Court **RECOMMENDS:**

> That the District Court revoke Glover's supervised release and commit Glover to the custody of the United States Bureau of Prisons for 10 months, with no supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of January, 2021.

/s/ John Johnston
John Johnston
United States Magistrate Judge